**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| A NOVO BROAD BAND, INC., | ) Case No. 02-13708 (PJW) |
|            Debtor. | ) |
| | ) |
| | ) |
| _____ | ) |
| EXECUTIVE SOUNDING BOARD | ) |
| ASSOCIATES, IN ITS CAPACITY AS | ) |
| THE CHAPTER 11 LIQUIDATING TRUSTEE OF | ) |
| THE DEBTOR, | ) |
| | ) |
|            Plaintiff, | ) |
| v. | ) Adv. Proc. No. 04-57975 (PBL) |
| | ) |
| AT&T WIRELESS SERVICES, INC., | ) **Related to Docket No. _____** |
| | ) |
|            Defendant. | ) |
| _____ | |

**ORDER GRANTING THE MOTION OF AT&T WIRELESS SERVICES, INC.**
**TO WITHDRAW THE REFERENCE OF ADVERSARY PROCEEDING**

Upon consideration of the *Motion of AT&T Wireless Services, Inc. to Withdraw the Reference of Adversary Proceeding* ("Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**, the automatic reference of the above-captioned adversary proceeding (the "Adversary Proceeding") to the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") shall be hereby withdrawn, and this Adversary Proceeding shall be adjudicated by and tried by jury in the United States District Court for the District of Delaware (the "District Court").

**IT IS HEREBY FURTHER ORDERED THAT** both the April 15, 2005 Scheduling Order and the June 3, 2005 Order Assigning Adversary Proceeding To Mediation and Setting Mediation Deadlines no longer apply to this Adversary Proceeding.

**IT IS HEREBY FURTHER ORDERED** the District Court will hold a status conference with respect to the Adversary Proceeding for purposes of entering a new scheduling order on _____, 2005 at ___:___ _.m.

Dated: _____, 2005

_____
United States District Court Judge