## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
## U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Adversary Case #:** | **04-57975** |
| **Related Bankruptcy Case #:** | 02-13708 |
| **District Court Civil Action#:** | |
| **Deputy Clerk Transferring Case:** | Lisa M. Dunwody |
| **Case Type:** | Adversary |
| **Nature of Suit:** | Recover Money/Property |
| **Cause of Transmittal:** | Motion Withdrawing the Reference to the U.S. District Court |
| **Parties:** | Executive Sounding Board Associates v AT&T Wireless |
| **Plaintiff's Counsel:** | **James E. Huggett**<br>Harvey, Pennington Ltd.<br>913 N. Market Street, Suite 702<br>Wilmington, DE 19801<br>usa<br>302-351-1125<br>Fax : 302-428-0734<br>Email: jhuggett@harvpenn.com<br>*LEAD ATTORNEY* |
| **Defendant's Counsel:** | **Christina Maycen Thompson**<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>usa<br>302-884-6592<br>Fax : 302-658-0380<br>Email: cthompson@cblhlaw.com<br><br> **Karen C Bifferato**<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building |

1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
usa
302-888-6221
Fax : 302-658-0380
Email: kcb@cblhlaw.com

**Marc Jeffrey Phillips**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
302-658-9141
Fax : 302-255-4282
Email: mphillips@cblh.com