# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

DAVID D. BIRD                                                    824 MARKET STREET
CLERK OF COURT                                              WILMINGTON, DE 19801
                                                                        (302) 252-2900

Date:    July 6, 2005

To:       Clerk of Court
            U.S. District Court
            District of Delaware
            Wilmington, DE 19801

Re:       Bankruptcy Case No. 02-13708
            Adversary Case No. 04-57975

On June 10,2005, a Motion to Withdraw the Reference to U.S.D.C. for the District of Delaware was filed in the above-mentioned case.  Enclosed is a Certified Copy of the Docket Sheet, a Transmittal Sheet, and the Motion to Withdraw the Reference with any related documents for the above-mentioned case.

Please acknowledge receipt of the above transferred record by completing the information  below.

Sincerely,

/s/Lisa M. Dunwody
Lisa M. Dunwody , Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____day of ____2005.


By:_____
            Deputy Clerk