## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| A NOVO BROAD BAND, INC., | ) Case No. 02-13708 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| EXECUTIVE SOUNDING BOARD ASSOCIATES, IN ITS CAPACITY AS THE CHAPTER 11 LIQUIDATING TRUSTEE OF THE DEBTOR, | ) ) ) ) |
| | ) Civil Action No. 05-00469 (KAJ) |
| Plaintiff, | ) Bankruptcy Adv. Proc. No. 04-57975 (PBL) |
| | ) |
| v. | ) |
| | ) |
| AT&T WIRELESS SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF CASE SETTLEMENT

**PLEASE TAKE NOTICE** that on October 7, 2005, a *Stipulation of Dismissal* [Docket No. 39] ("Stipulation") was filed in the above-captioned adversary proceeding ("Adversary Proceeding") in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"). A copy of the Stipulation is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Adversary Proceeding has been closed on the Bankruptcy Court's docket.

**PLEASE TAKE FURTHER NOTICE** that this case may now be closed on the Court's docket.

Dated: November 16, 2005

CONNOLLY BOVE LODGE & HUTZ LLP

*[signature]*

Karen C. Bifferato (No. 3279)
Christina M. Thompson (No. 3976)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
PO Box 2207
Wilmington, DE 19899-2207
Telephone: (302) 658-9141
Facsimile: (302) 658-0380

and

Robert N. Gilbert, Esquire
CARLTON FIELDS, P.A.
222 Lakeview Avenue, Suite 1400
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

*Attorneys for AT&T Wireless Services, Inc.*

#428691

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| A NOVO BROADBAND, INC., | Case No. 02-13708 (PJW) |
| Debtors. | (Jointly Administered) |
| EXECUTIVE SOUNDING BOARD ASSOCIATES, IN ITS CAPACITY AS THE CHAPTER 11 LIQUIDATING TRUSTEE OF THE DEBTOR | Adv. Pro. No. 04-57977 (PBL) |
| Plaintiff, | |
| v. | |
| AT&T WIRELESS, | |
| Defendant. | |

### STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that the above-referenced adversary is hereby dismissed with prejudice under the Federal Rules of Civil Procedure. Each party is responsible for their own attorney's fees and costs.

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Christina Thompson_
Christina Thompson, Esq. (#3976)
1007 N. Orange Street
Wilmington, DE 19801
302-658-9141

*Counsel for Defendant AT&T Wireless Services, Inc. n/k/a New Cingular Wireless Services Inc.*

HARVEY, PENNINGTON LTD

_/s/ James E. Huggett_
James E. Huggett, Esq. (#3956)
"J" Jackson Shrum, Esq.
913 N. Market Street, 7th Floor
Wilmington, DE 19801
Phone: 302-428-0719
Fax:   302-428-0734

*Counsel for Plaintiff, Executive Sounding Board Associates*

DE: 1838.1

## CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on the 16th day of November, 2005, I caused a true and correct copy of the foregoing document to be served upon the following individual in the manner as indicated.

*[signature]*
Christina M. Thompson (No. 3976)

---

## VIA FIRST CLASS MAIL

James E. Huggett, Esquire
Harvey, Pennington Ltd.
913 N. Market Street, Suite 702
Wilmington, DE 19801

428694-1